UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                           CASE NO. 13-30698-TBM
BROWN, ELIZABETH

                                                                                   CHAPTER 13

DEBTOR(S)

### CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

The Standing Chapter 13 Trustee moves to dismiss the case based on the following:

1. The Debtor(s) failed to make the payments required by the Plan.

    A. The Plan and/or current modified Plan requires the Debtor(s) to pay the current sum of $665.00 per month.

    B. The total paid into the Plan through May 10, 2018 is $24,362.00, the last payment having been received by the Trustee on April 10, 2018.

    C. Payment of $3,149.84 is required to be current through May 10, 2018.

2. The Debtor(s) failure to comply with the requirements for relief under Chapter 13, Title 11, United States Code is prejudicial to creditors.

    WHEREFORE, the Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307.

Dated: May 10, 2018                                             By: /s/ Ellen Welner
                                                                                                              Ellen Welner
                                                                                                              *for* Chapter 13 Trustee
                                                                                                              4725 S. Monaco St., Ste. 120
                                                                                                              Denver, CO 80237
                                                                                                              Phone: 720.398.4444

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                     CASE NO. 13-30698-TBM
BROWN, ELIZABETH

                                                                          CHAPTER 13

        DEBTOR(S)

NOTICE OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

## OBJECTION DEADLINE: <u>May 31, 2018</u>

YOU ARE HEREBY NOTIFIED that Douglas B. Kiel, Chapter 13 Trustee, has filed a Chapter 13 Trustee's Motion to Dismiss with the bankruptcy court and requests the following relief:

<u>Trustee seeks dismissal of the Chapter 13 case due to non-payment.</u>

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: May 10, 2018                                            <u>By: /s/ Ellen Welner</u>
                                                                                          Ellen Welner
                                                                                           *for* Chapter 13 Trustee
                                                                                           4725 S. Monaco St., Ste. 120
                                                                                           Denver, CO  80237
                                                                                           Phone: 720.398.4444

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                CASE NO. 13-30698-TBM
BROWN, ELIZABETH

CHAPTER 13

DEBTOR(S)

---

CERTIFICATE OF SERVICE

---

I hereby certify that a copy of the Chapter 13 Trustee's Motion to Dismiss, and Notice of Chapter 13 Trustee's Motion to Dismiss was placed in the U.S. Mail, postage pre-paid, on May 10, 2018.

ELIZABETH BROWN                      RUSHMORE LOAN MANAGEMENT SERVICES
3122 ILLINOIS AVE                           PO BOX 55004
COLORADO SPRINGS, CO 80907      IRVINE, CA 92619-2708

Notice by Electronic Transmission was sent to the following persons/parties:

ACCURATE LEGAL SERVICES LLC       ARONOWITZ & MECKLENBURG LLP

DATED: May 10, 2018                    /s/ Janice LeGros
                                               Janice LeGros